IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

EVELYN M GREENE,

    Plaintiff,

v.                                  CASE NO. 5:12-cv-00242-MP-EMT

CAROLYN W COLVIN,

    Defendants.

_____/

## O R D E R

This matter is before the Court on Doc. 24, the Report and Recommendation of the Magistrate Judge, which recommends granting the plaintiff's consent motion for attorney's fees. Upon consideration, the Report and Recommendation is accepted and it is hereby

**ORDERED AND ADJUDGED**:

1. Plaintiff is entitled to recover fees in the amount of $4,049.63, for time expended by her counsel in representing her before the United States District Court for the Northern District of Florida pursuant to 28 U.S.C. § 2412, the Equal Access to Justice Act ("EAJA"). The fee award is subject to an offset to satisfy any qualifying, outstanding debt that Plaintiff may owe to the United States.

2. If Plaintiff receives all or any portion of this EAJA fee award, it shall be mailed to her in care of her attorney, Heather Freeman, Daley Disability Law, PC, 601 West Randolph St., Suite 300, Chicago, IL 60661.

**DONE AND ORDERED** this _10th_ day of February, 2014

                                              *s/Maurice M. Paul*
                                              Maurice M. Paul, Senior District Judge